# EXHIBIT A

Case 1:18-cv-01292-JMS-MPB   Document 1-1   Filed 04/27/18   Page 2 of 7 PageID #: 7

73C01-1803-PL-000015   Filed: 3/27/2018 10:37 AM
Shelby Circuit Court
Vicki Franklin
Clerk
Shelby County, Indiana

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE SHELBY _____ COURT | |
| | ) SS: | | |
| COUNTY OF SHELBY | ) | CAUSE NO. 73\_\_01-1803-PL-_____ | |

NEW IMAGE MIXERS LLC,                )
                                      )
            Plaintiff,                )
v.                                    )
                                      )
ACUITY, A MUTUAL INSURANCE            )
COMPANY dba ACUITY INSURANCE,         )
                                      )
            Defendant.                )

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, New Image Mixers LLC ("New Image Mixers"), and for its complaint against the Defendant, Acuity, A Mutual Insurance Company d/b/a Acuity Insurance ("Acuity Insurance"), now states as follows:

### NATURE OF LAWSUIT

1. This Complaint arises out of Acuity Insurance's failure to honor its contractual duty to New Image Mixers by failing to compensate New Image Mixers for its third-party beneficiary losses incurred in connection with a fire on April 3, 2017.

### PARTIES

2. New Image Mixers is a domestic limited liability company organized in the State of Indiana with its principal place of business located at 701 Hodell Street, Shelbyville, Indiana; and

3. Acuity Insurance is a mutual insurance company headquartered at 2800 S. Taylor Drive, Sheboygan in the State of Wisconsin, which is authorized to do business in the State of Indiana.

## FACTS

4. The nature of New Image Mixers' business is to restore and/or remanufacture front discharge cement mixers;

5. While customers' vehicles are at New Image Mixers' facility, new parts are added, labor is expended to restore or remanufacturer parts, and certain custom parts are fabricated and used on site;

6. The value of New Image Mixers' customers' vehicles increase daily as work is performed. For example, when a customers' cement mixer is delivered to New Image Mixers' facility, its commercial value is less than it is after work is performed. As work is performed by New Image Mixers, customers' vehicles are restored, remanufactured, cleaned and painted, adding thousands of dollar in value to those vehicles;

7. On April 3 2017, a fire occurred at New Image Mixers' facility located in Shelbyville, Indiana resulting in damage to New Image Mixers' customers' vehicles that were in the process of being restored or remanufactured;

8. New Image Mixers had an insurance policy in effect at the time of the fire, which was issued by Acuity Insurance under policy number Z46278.

9. Said policy of insurance included a provision for Garagekeepers' Insurance and provided a total of $700,000 of insurance coverage for New Image Mixers' customers' vehicles;

10. On April 3, 2017, at the time of the fire, there were customers' vehicles at New Image Mixers' facility in Shelbyville that were extensively damaged, including:

    a.  Peterman Truck No. 80, a 2004 Oshkosh five-axle truck; and

    b.  Sardinia Truck No. 153, a 2005 Terex six-axle truck.

ISSUE

11.    At issue is the value of the Peterman Truck and the Sardinia Truck at the times of delivery to New Image Mixers' facility and the values of these trucks immediately before the fire on April 3, 2017.

COUNT I<br>(BREACH OF CONTACT)

12.    Plaintiff incorporates herein by reference paragraphs 1 through 11 of this Complaint as if fully set forth herein;

A.    PETERMAN TRUCK

13.    Acuity Insurance has paid the owner of the Peterman Truck based on the value of that truck at the time it was delivered to New Image Mixers on or about January 13, 2017;

14.    The value of the Peterman Truck at the time of delivery to New Image Mixers' Shelbyville facility was approximately $80,000;

15.    During the time between delivery of the Peterman Truck to New Image Mixer facility and the time immediately before the fire, New Image Mixers had incorporated labor and parts into the Peterman Truck and, thereby, had increased its value.

16.    The value of the Peterman Truck at the time it was damaged by fire was substantially greater than it was at the time it was delivered to New Image Mixers;

17.    The value of the Peterman Trust immediately prior to the fire on April 3, 2017, was approximately $150,000; and

3

18. Therefore, New Image Mixers has suffered damages in the amount of at least $70,000, the difference between the $80,000 value of the Peterman Truck at the time of delivery and its $150,000 value immediately prior to the fire.

### B. SARDINIA TRUCK

19. The value of the Sardinia Truck at the time of delivery to New Image Mixers' Shelbyville facility was approximately fifty thousand dollars ($50,000).

20. During the time between delivery of the Sardinia Truck to New Image Mixer facility and the time immediately before the fire, New Image Mixers had incorporated labor and parts into the Sardinia Truck and, thereby, had increased its value so its value at the time it was damaged was substantially greater than it was at the time it was delivered to New Image Mixers;

21. The value of the Sardinia Trust immediately prior to the fire on April 3, 2017, was approximately one hundred fifteen thousand dollars ($115,000); and

22. Therefore, New Image Mixers had suffered damages in the amount of at least $37,111.35 based on the increase in value of the truck based on the new parts and labor provided by New Image Mixers that were incorporated into the truck prior to the fire.

23. New Image Mixers greatly enhanced the value of the Peterman Truck and Sardinia Truck in dispute in this matter;

24. Acuity Insurance has only paid based upon the value of trucks at the time of delivery and not the value of the trucks at the time of their destruction by fire; and

25. New Image Mixers is a third-party beneficiary of the claims for the vehicles for their trucks located at New Image Mixers at the time of the fire up to the actual value of the trucks at the time they were destroyed;

26. As a third-party beneficiary of the Garagekeepers' Insurance coverage, New Image Mixers makes a claim against Acuity Insurance for damages suffered herein based, in part, on the value of the trucks immediately prior their loss by fire; and

27. New Image Mixers has suffered incidental and consequential damages based on the wrongful failure of Acuity Insurance to pay the value of the trucks immediately prior to the fire.

## COUNT II
## (BAD FAITH)

28. Plaintiff incorporates herein by reference paragraphs 1 through 27 of this Complaint as if fully set forth herein;

29. Acuity Insurance has wrongfully denied coverage for these losses New Image Mixers incurred;

30. Acuity Insurance's denial of coverage constitutes bad faith. Among other things, Acuity Insurance had no reasonable justification for its denial of full coverage; and

31. Accordingly, New Image Mixers is entitled to recover from Acuity Insurance extra-contractual damages, including without limitation, compensatory damages flowing from Acuity Insurance's bad faith, attorney's fees incurred by New Image Mixers pursing coverage in light of Acuity Insurance's wrongful denial of coverage, pre-judgment interest, punitive damages, and such other relief as the Court deems appropriate.

WHEREFORE, the Plaintiff, New Image Mixers LLC, as a third-party beneficiary of the Garagekeepers' Insurance policy, prays for judgment again the Defendant, Acuity, A Mutual Insurance Company d/b/a Acuity Insurance, for damages, pre-judgment interest, post-judgment interest, and for all other relief just and proper in the premises.

Respectfully submitted,

/s/ Wilmer E. Goering, II

_____
Wilmer E. Goering, II (#7177-39)
Goering Law LLC
322 Liberty Street
Vevay, Indiana 47043
Phone:  (812) 427-2135
wg.goeringlaw@gmail.com
*Attorney for Plaintiff*

## **DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, New Image Mixers LLC, by counsel, Wilmer E. Goering, II, and demands a jury trial in this matter.

Respectfully submitted,

/s/ Wilmer E. Goering, II

_____
Wilmer E. Goering, II (#7177-39)
Goering Law LLC
322 Liberty Street
Vevay, Indiana 47043
Phone:  (812) 427-2135
wg.goeringlaw@gmail.com
*Attorney for Plaintiff*